STATE OF CONNECTICUT *v.* DENNIS SINGLETON

The defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 492 (AC 24726), is denied.

*Aaron J. Romano*, special public defender, in support of the petition.

*Susan C. Marks*, supervisory assistant state's attorney, in opposition.

Decided June 29, 2006

STATE OF CONNECTICUT *v.* BILLY JACKSON

The defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 400 (AC 25137), is denied.

*Elizabeth M. Inkster*, senior assistant public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided June 29, 2006

STATE OF CONNECTICUT *v.* GREGORY B. WINOT

The defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 332 (AC 25186), is denied.

*Jon L. Schoenhorn*, in support of the petition.

*Marjorie Allen Dauster*, senior assistant state's attorney, in opposition.

Decided June 29, 2006